*Home* > *Search* > *Case Search*

Zoom-In    Zoom-Out

**Case Details - GD-20-010995**

**Lewis vs Google Inc. etal**

**Filing Date:**
10/21/2020
**Filing Time:**
04:16:13
**Related Cases:**
**Consolidated Cases:**
**Judge:**
No Judge
**Amount In Dispute:**
$ 0
**Case Type:**
Other Tort
**Court Type:**
General Docket
**Current Status:**
Praecipe for Appearance
**Jury Requested:**
Y

---

**▬ Parties Count : 5**

--Litigants--        Search

| LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|-------|-------|----|----|---------|---------------------------|----------|
| Lewis | Kerry | | Plaintiff | 1040 Fifth Avenue 1st Floor Pittsburgh PA 15219 | -- | J. Kerrington Lewis |
| Google Inc. | | | Defendant | 6425 Penn Avenue Pittsburgh PA 15206 | -- | Ryan James |
| Alphabet Inc. | | | Defendant | 1600 Amphitheatre Parkway Mountain View CA 94043 | -- | Ryan James |

Showing 1 to 3 of 3 rows

--Attorney--        Search

| LName | FName | MI | Type | Address | Phone |
|-------|-------|----|----|---------|-------|
| Lewis | J. | Kerrington | Plaintiff's Attorney | 1040 Fifth Ave Suite 100 Pittsburgh PA 15219 | 4123910818 |
| James | Ryan | | Attorney | | -- |

Showing 1 to 2 of 2 rows

--Non Litigants--        Search

No matching records found

Top

---

**▬ Docket Entries Count : 2**        Search

| Filing Date | Docket Type | Docket Text | Filing Party | Original Document | Redacted Document |
|-------------|-------------|-------------|--------------|-------------------|-------------------|
| 11/16/2020 | Praecipe for Appearance | Filed on Behalf of Defendants | Ryan James | Document 2 | Document 2 |
| 10/21/2020 | Complaint | | Kerry Lewis | Document 1 | Document 1 |

Showing 1 to 2 of 2 rows

Event Schedule Count : 0

No matching records found

— **Services Count : 0Complete Service History**          Search

No matching records found

Top

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| KERRY LEWIS, an adult individual, | CIVIL DIVISION |
| Plaintiff, | NO.:   G.D. 20- |
| vs. | COMPLAINT IN CIVIL ACTION |
| GOOGLE, INC., a corporation, and ALPHABET, INC., a corporation, | Filed on behalf of: |
| Defendants. | PLAINTIFF, KERRY LEWIS PRO SE |
| | LEWIS, LEWIS & REILLY 1040 Fifth Avenue, 1st Floor Pittsburgh, PA 15219-6268 |
| | Phone:          (412) 391-0818 Facsimile:     (412) 391-8144 |

**JURY TRIAL DEMANDED**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CIVIL DIVISION

| | | |
|---|---|---|
| KERRY LEWIS, an adult individual, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO.:   G.D. 20- |
| GOOGLE, INC., a corporation, and ALPHABET, INC., a corporation, | ) ) ) | |
| Defendants. | ) | Jury Trial Demanded |

## NOTICE TO DEFEND

   You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by an attorney and filing in writing with the Court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the complaint or for any other claim or relief requested by the Plaintiff.  You may lose money or property or other rights important to you.

   YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.  IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERRAL SERVICE
ALLEGHENY COUNTY BAR ASSOCIATION
400 KOPPERS BUILDING
436 7TH AVENUE, 3RD FLOOR
PITTSBURGH, PA 15219


TELEPHONE NO.:   (412) 261-5555

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CIVIL DIVISION

| | | |
|---|---|---|
| KERRY LEWIS, an adult<br>individual, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.:   G.D. 20- |
| | ) | |
| GOOGLE, INC., a corporation, and<br>ALPHABET, INC., a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT IN CIVIL ACTION

AND NOW, comes the Plaintiff, Kerry Lewis, Pro Se, and files the within Complaint in Civil Action, and in support thereof, avers as follows:

1. Plaintiff is Kerry Lewis, an adult individual, with professional offices located at 1040 Fifth Avenue, 1st Floor, Pittsburgh, Allegheny County, Pennsylvania 15219.

2. The Defendant Google, Inc. is a corporation with professional offices located at 6425 Penn Avenue, Pittsburgh, Allegheny County, Pennsylvania 15206, hereinafter referred to as "Google."

3. The Defendant Alphabet, Inc. is a corporation which is a holding company for various corporations including Google, with professional offices located at 1600 Amphitheatre Parkway, Mountain View, California 94043.

4. Plaintiff is a lawyer and a member of the Pennsylvania law firm of Lewis, Lewis & Reilly which maintains a website known as "LewisLewisReilly.com."

5. Plaintiff also maintains a website known as KerryLewisLaw.com.

6.  At all times material to this Complaint, the Defendants jointly operated an Internet search engine which it markets as "Google" and provides search capabilities for Internet users.

7.  Defendants jointly operate a regular and systematic search engine that provides Internet users access to millions of business web sites including but not limited to multi-national corporations, small business, individual merchants, and professional service providers and publishes and disseminates reviews regarding these businesses.

8.  The reviews are usually short, written statements, authored by individuals, which describes their respective interaction with a particular business or service provider. The reviews can be positive, neutral, or negative depending upon the individual's opinion regarding their experience.  These reviews are posted by the individual on Google's platform and Google incorporates the review so that it appears on the search results of that particular business to which it relates.

9.  Defendant Google has published a "review" by a "Lolo Mosby" in which she reports a horrible experience interacting with Plaintiff in his professional capacity.  Her review describes Plaintiff as "failing to show up for a hearing" and claims Plaintiff "ruined her life."  (See Exhibit **"A"** attached.)

10. Plaintiff has advised Defendants that the review is a fraud, that Plaintiff has never had a client named "Lolo Mosby," there is no court record or other document which would support Ms. Mosby's claim that Plaintiff represented her, and despite Plaintiff's request to Defendants to investigate this fraud, Defendants have refused to take any action and continue to maintain and disseminate the fake review in connection with Internet searches of the Plaintiff conducted on its platform.

11. Defendants have refused to remove the review notwithstanding Plaintiff has advised and requested Defendants to do so numerous times over the past year.

12. Defendants' conduct is willful, wanton, and wrongful in that it has systematically refused to respond to the Plaintiff's requests, objections, and pleas regarding the verifiable means at Defendants' disposal to confirm that both "Lolo Mosby" and the review that she posted are a fraud.  Further, there are no documents, court records or other documents which in any way suggest the Plaintiff has ever represented the person identified as "Lolo Mosby," the alleged author of the bogus review.

13. The Defendants' failure to conduct an investigation and remove the fraudulent review has caused damage to Plaintiff's professional reputation and resulted in great injury to Plaintiff's good name, credit and reputation, all of which has been to his great financial loss and damage.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, in an amount in excess of the Arbitration limits of the Court of Common Pleas of Allegheny County, Pennsylvania.

**JURY TRIAL DEMANDED.**

Respectfully submitted,

**LEWIS, LEWIS & REILLY**

By:_____
Kerry Lewis, Esquire
Plaintiff, Pro Se

# Kerry Lewis Law

1040 Fifth Ave #1, Pittsburgh, PA

Write a review

4.2

1 2 3 4 5 6 7 8 9 10          Next

5 reviews

Sort by: Most relevant ▾

15219, Pittsburgh, PA - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

**Lolo Mosby**
Local Guide · 197 reviews · 295 photos

⋮

6 months ago

I wish I could rate a zero he lied to me said he would work my case probono but when I had my hearing and really needed him most he failed me never attended court with me never helped me at all just gave me tons of broken promises.... Totally felt alone and neglected following this... Thanks for nothing and thanks for ruining my life Kerry Lewis... Smh

👍 1



PLAINTIFF'S
EXHIBIT
"A"

# VERIFICATION

I verify that the statements and averments made in the foregoing **Complaint in Civil Action** are true and correct.   I understand that false statements herein are made subject to the penalties of 18 PA C.S. §4904 relating to unsworn falsification to authorities.

x_____

*Kerry Lewis*

Dated:____10/21/2020_____

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

KERRY LEWIS,

      Plaintiff,

    v.

GOOGLE, INC.; and ALPHABET, INC.,

      Defendants.

CIVIL DIVISION

No. GD 20-010995

**PRAECIPE FOR ENTRY OF APPEARANCE**

Filed on Behalf of Defendants

Counsel of Record for These Parties:

Ryan James
Pa I.D. #82799

J. Andrew Salemme
Pa. I.D. #298257

TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA  15222
(412) 566-1212
rjames@tuckerlaw.com
asalemme@tuckerlaw.com

TADMS:5408859-1

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

KERRY LEWIS,                                    CIVIL DIVISION

          Plaintiff,                          No. GD 20-010995

   v.

GOOGLE, INC.; ALPHABET, INC.

          Defendants.


## PRAECIPE FOR ENTRY OF APPEARANCE


TO THE DEPARTMENT OF COURT RECORDS:

     Kindly enter the appearance of Ryan James, J. Andrew Salemme, and the law firm of

Tucker Arensberg, P.C., on behalf of the Defendants in the above-referenced action.

                         TUCKER ARENSBERG, P.C.

                         */s/ Ryan James*
                         Ryan James
                         Pa. I.D. #82799
                         J. Andrew Salemme
                         Pa. I.D. #298257

                         1500 One PPG Place
                         Pittsburgh, PA 15222
                         (412) 566-1212

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: <u>Tucker Arensberg, P.C.</u>

Signature*:*   <u>*/s/ Ryan James*</u>

Name:       <u>Ryan James</u>

Attorney No.: <u>#82799</u>

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Praecipe for Entry of Appearance was served upon the following party by United States mail, first class, postage prepaid, this 16th day of November, 2020:

Kerry Lewis, Esquire
Lewis, Lewis & Reilly
1040 Fifth Avenue, 1st Floor
Pittsburgh, PA 15219

*/s/ Ryan James*
Ryan James

CERTIFIED MAIL

FORM 2 SHERIFF
IF NOT CALLED FOR IN 10 DAYS RETURN TO
**WILLIAM P MULLEN** SHERIFF
ROOM 111 COURTHOUSE
436 GRANT STREET
PITTSBURGH PA 15219-2496



91 7199 9991 7035 8714 0724

FIRST CLASS



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 15219  $ 005.71
02 4W
0000348379 OCT. 27, 2020

Alphabet Inc.
1600 Amphitheatre Dr.
Mountainview, CA 94043

94043$1351  0909

NOTICE OF SUIT TO SHERIFF OF ALLEGHENY CO.

You are hereby notified that on 10/21/2020

a COMPLAINT has been filed in this case

and you are required to serve the same on or before the

11/20/2020

Michael McGeever, Director

Department of Court Records

### COMPLAINT IN CIVIL ACTION

### IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| Plaintiff(s) | Case Number: |
| --- | --- |
| **Lewis, Kerry** | **GD-20-010995** |
| | Type of pleading: |
| | **Complaint** |
| | Filed on behalf of: |
| | **Lewis Kerry** |
| | **Lewis Kerrington J.** |
| | (Name of filing party) |

| Defendant(s) | VS |
| --- | --- |
| **Google Inc.,** | [X] Counsel of Record |
| **Alphabet Inc.,** | [ ] Individual, If Pro Se |
| | Name, Address and Telephone Number: |
| | **Lewis Kerrington J.** |
| | **1040 Fifth Ave** |
| | **Suite 100** |
| | **Pittsburgh, PA, 15219** |
| | **412 3910818** |
| | Attorney's State ID: **15575** |

**Michael McGeever, Director, Department of Court Records**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

KERRY LEWIS, an adult
individual,

    Plaintiff,

  vs.

GOOGLE, INC., a corporation, and
ALPHABET, INC., a corporation,

    Defendants.

CIVIL DIVISION

NO.: G.D. 20- 010995

COMPLAINT IN CIVIL ACTION

Filed on behalf of:

PLAINTIFF, KERRY LEWIS
PRO SE

LEWIS, LEWIS & REILLY
1040 Fifth Avenue, 1st Floor
Pittsburgh, PA 15219-6268

Phone:   (412) 391-0818
Facsimile:  (412) 391-8144

**JURY TRIAL DEMANDED**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CIVIL DIVISION

| | | |
|---|---|---|
| KERRY LEWIS, an adult individual, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO.:   G.D. 20-010995 |
| GOOGLE, INC., a corporation, and ALPHABET, INC., a corporation, | ) ) ) | |
| Defendants. | ) | Jury Trial Demanded |

## NOTICE TO DEFEND

You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by an attorney and filing in writing with the Court your defenses or objections to the claims set forth against you.   You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the complaint or for any other claim or relief requested by the Plaintiff.   You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.   IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.   THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.   IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

**LAWYER REFERRAL SERVICE
ALLEGHENY COUNTY BAR ASSOCIATION
400 KOPPERS BUILDING
436 7TH AVENUE, 3RD FLOOR
PITTSBURGH, PA 15219**

**TELEPHONE NO.:   (412) 261-5555**

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
### CIVIL DIVISION

| | | |
|---|---|---|
| KERRY LEWIS, an adult individual, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | NO.:   G.D. 20- 010995 |
| GOOGLE, INC., a corporation, and ALPHABET, INC., a corporation, | ) ) ) | |
| Defendants. | ) ) | |

## COMPLAINT IN CIVIL ACTION

AND NOW, comes the Plaintiff, Kerry Lewis, Pro Se, and files the within Complaint in Civil Action, and in support thereof, avers as follows:

1. Plaintiff is Kerry Lewis, an adult individual, with professional offices located at 1040 Fifth Avenue, 1st Floor, Pittsburgh, Allegheny County, Pennsylvania 15219.

2. The Defendant Google, Inc. is a corporation with professional offices located at 6425 Penn Avenue, Pittsburgh, Allegheny County, Pennsylvania 15206, hereinafter referred to as "Google."

3. The Defendant Alphabet, Inc. is a corporation which is a holding company for various corporations including Google, with professional offices located at 1600 Amphitheatre Parkway, Mountain View, California 94043.

4. Plaintiff is a lawyer and a member of the Pennsylvania law firm of Lewis, Lewis & Reilly which maintains a website known as "LewisLewisReilly.com."

5. Plaintiff also maintains a website known as KerryLewisLaw.com.

6.  At all times material to this Complaint, the Defendants jointly operated an Internet search engine which it markets as "Google" and provides search capabilities for Internet users.

7.  Defendants jointly operate a regular and systematic search engine that provides Internet users access to millions of business web sites including but not limited to multi-national corporations, small business, individual merchants, and professional service providers and publishes and disseminates reviews regarding these businesses.

8.  The reviews are usually short, written statements, authored by individuals, which describes their respective interaction with a particular business or service provider. The reviews can be positive, neutral, or negative depending upon the individual's opinion regarding their experience. These reviews are posted by the individual on Google's platform and Google incorporates the review so that it appears on the search results of that particular business to which it relates.

9.  Defendant Google has published a "review" by a "Lolo Mosby" in which she reports a horrible experience interacting with Plaintiff in his professional capacity. Her review describes Plaintiff as "failing to show up for a hearing" and claims Plaintiff "ruined her life." (See Exhibit **"A"** attached.)

10. Plaintiff has advised Defendants that the review is a fraud, that Plaintiff has never had a client named "Lolo Mosby," there is no court record or other document which would support Ms. Mosby's claim that Plaintiff represented her, and despite Plaintiff's request to Defendants to investigate this fraud, Defendants have refused to take any action and continue to maintain and disseminate the fake review in connection with Internet searches of the Plaintiff conducted on its platform.

11. Defendants have refused to remove the review notwithstanding Plaintiff has advised and requested Defendants to do so numerous times over the past year.

12. Defendants' conduct is willful, wanton, and wrongful in that it has systematically refused to respond to the Plaintiff's requests, objections, and pleas regarding the verifiable means at Defendants' disposal to confirm that both "Lolo Mosby" and the review that she posted are a fraud.  Further, there are no documents, court records or other documents which in any way suggest the Plaintiff has ever represented the person identified as "Lolo Mosby," the alleged author of the bogus review.

13. The Defendants' failure to conduct an investigation and remove the fraudulent review has caused damage to Plaintiff's professional reputation and resulted in great injury to Plaintiff's good name, credit and reputation, all of which has been to his great financial loss and damage.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, in an amount in excess of the Arbitration limits of the Court of Common Pleas of Allegheny County, Pennsylvania.

**JURY TRIAL DEMANDED.**

Respectfully submitted,

**LEWIS, LEWIS & REILLY**

By: _____
Kerry Lewis, Esquire
Plaintiff, Pro Se

3

# Kerry Lewis Law

1040 Fifth Ave #1, Pittsburgh, PA

[ Write a review ]

4.2

1  2  3  4  5  6  7  8  9  10          Next

5 reviews

Sort by: Most relevant ▼

15219, Pittsburgh, PA - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms



**Lolo Mosby**
Local Guide · 197 reviews · 295 photos

⋮

6 months ago

I wish I could rate a zero he lied to me said he would work my case probono but when I had my hearing and really needed him most he failed me never attended court with me never helped me at all just gave me tons of broken promises.... Totally felt alone and neglected following this... Thanks for nothing and thanks for ruining my life Kerry Lewis... Smh

👍 1



PLAINTIFF'S
EXHIBIT
"A"

## VERIFICATION

I verify that the statements and averments made in the foregoing **Complaint in Civil Action** are true and correct.   I understand that false statements herein are made subject to the penalties of 18 PA C.S. §4904 relating to unsworn falsification to authorities.

x_____

*Kerry Lewis*

Dated: ___10 / 21 / 2020_____

10/30/20

Form 2 sheriff
US Postal Service
9171999991703587140724

Envelop

Legal

Google

legal—deliveries

**DIGITAL MAIL**

**Digital Mail**

US – MTV – 2690

13972330