IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KERRY LEWIS, an adult individual, | Civil Action No.: 20-cv-1784-JFC |
| Plaintiff, | |
| vs. | |
| GOOGLE, INC., a corporation, and ALPHABET, INC., a corporation, | |
| Defendants. | |

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

AND NOW, comes the Plaintiff, Kerry Lewis, by and through his counsel, John K. Lewis, Jr., Esquire, and the Law Firm of Lewis, Lewis & Reilly, and files the within Plaintiff's Response to Defendants' Motion to Dismiss, and in support thereof avers as follows:

Plaintiff's Response to Defendants' Motion to Dismiss is supported by the accompanying Plaintiff's Brief in Response to Defendants' Motion to Dismiss and is incorporated by reference hereto and made a part hereof.

WHEREFORE, Plaintiff respectfully request that the Court deny Defendants' Motion to Dismiss and enter the proposed Order submitted herewith.

Respectfully submitted,

**LEWIS, LEWIS & REILLY**

By: /s/John K. Lewis, Jr., Esquire
John K. Lewis, Jr., Esquire
Pa. I.D. #83722
1040 Fifth Avenue, 1st Floor
Pittsburgh, PA 15219-6268
(412) 391-0818
*john_lewis@lewislewisreilly.net*
Attorney for Plaintiff

Dated: December 23, 2020